**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 12–01301–jw

Chapter: 13

**In re:**

Michael Jacob Popovich
aka Michael J. Popovich, aka Mike Popovich

Lindsey Kara Popovich
aka Lindsey K. Popovich, aka Lindsey Popovich, aka Lindsey K. Grills

| Entered By The Court 5/6/16 | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 5/6/16 Laura A. Austin Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above−named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above named debtor(s) is closed.

*/s/ John E. Waites*

United States Bankruptcy Judge